## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ATKINSON & MULLEN TRAVEL, INC.
AND ATKINSON & MULLEN TRAVEL II,
LLC T/A APPLE VACATIONS,

     Respondents

    v.

JOHN J. O'BRIEN, III, O'BRIEN &
O'BRIEN, LLP, O'BRIEN & O'BRIEN
ASSOCIATES, LOUIS TUCKER,
JACQUELINE TUCKER AND CHRISTINA
TUCKER,

     Petitioners

: No. 377 EAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.